# CHARLESTON

## TALLMAN *v.* SIMMONS.

Submitted June 13, 1906.     Decided December 11, 1906.

Appeal from Circuit Court, Roane County:

Bill by P. A. Tallman against Minnie B. Simmons and others. Decree for defendants, and plaintiff appeals.

*Reversed.*

PENDLETON & BOGGESS, for appellant.

J. M. HARPER and WARREN MILLER, for appellees.

BRANNON, JUDGE:

P. A. Tallman, as guardian of Susan and Lula Simmons, infant children of J. M. Simmons, filed his petition in the circuit court of Roane county to sell oil interests of his wards, and it was dismissed on demurrer.

The case is like that of *Wells* v. *Simmons* decided this day, and the principles of decison in that case apply to this, with like result.

*Reversed.*